NUMBER  13-05-00615-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 



CORPUS CHRISTI - EDINBURG

 





 





IN RE MIGUEL BELTRAN AND MCCOY CORPORATION, Relators  

 





 

On Petition for Writ of
Mandamus  





 





 

MEMORANDUM OPINION

 

Before Justices Hinojosa, Yañez,
and Rodriguez 

Memorandum Opinion Per Curiam

 

On September 23, 2005, relators, Miguel Beltran and McCoy Corporation, filed a petition for writ of mandamus
requesting that this Court direct the respondent, the Honorable Fred Garza,
presiding judge of County Court at Law No. 4 of Hidalgo County, Texas, to
withdraw an order, signed September 13, 2005, compelling relators to produce
the statement of Miguel Beltran.  Real
party in interest, Eduardo E. Torres, filed a response on October 6, 2005, and
relators filed a reply on October 17, 2005.












Having reviewed the petition for writ of mandamus,
documents on file, the response of the real party in interest, and the reply of
the relators, this Court  is of the
opinion that the petition for writ of mandamus should be denied.

Accordingly, relators=
petition for writ of mandamus is hereby denied. 

 

PER CURIAM

 

 

Memorandum Opinion delivered and filed

this 1st day of November, 2005.